IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GENE SCHAERR, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-575-ABJ |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**DEFENDANTS' STATUS REPORT**

Defendant Department of Justice ("DOJ"), Defendant Office of the Director of National Intelligence ("ODNI"), Defendant National Security Agency ("NSA"), Defendant Central Intelligence Agency ("CIA"), and Defendant Department of State ("State"), collectively "Defendants," by and through undersigned counsel, hereby submit this Status Report in response to the Court's July 16, 2018 Order.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. The FOIA requests at issue in this matter involve requests for information relating to "unmasking" policies and procedures as well as their alleged application to particular individuals and the alleged "upstreaming" of particular individuals. All agencies, with the exception of the NSA, have issued final responses and, where applicable, have made final productions of non-exempt information to Plaintiff.

The NSA made an interim production to Plaintiff today, in which it produced 4 documents in part and withheld 5 documents in full.  NSA anticipates processing eight additional documents, totaling over 180 pages, identified as responsive to item 1 of Plaintiff's request.  These records consist of Department of Defense and NSA policies, legal advice and legal memoranda on various topics.  The records require significant internal reviews, classification considerations and line-by-line segregability reviews to determine what can be publicly released.  Therefore, because of the sensitivity of the information contained within the documents, which necessitates time-consuming levels of review, and because of the numerous other court-ordered FOIA productions that NSA must process during the same timeframe, NSA anticipates that it will complete the processing of the remaining eight responsive documents, and produce any non-exempt portions, by November 15, 2018.

Dated: September 5, 2018

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Laura Hunt*_____
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendants*