IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GENE SCHAERR,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-575-ABJ |

### **DEFENDANTS' STATUS REPORT**

Defendant Department of Justice ("DOJ"), Defendant Office of the Director of National Intelligence ("ODNI"), Defendant National Security Agency ("NSA"), Defendant Central Intelligence Agency ("CIA"), and Defendant Department of State ("State"), collectively "Defendants," by and through undersigned counsel, hereby submit this Status Report in response to the Court's September 6, 2018 Order.

All defendant agencies have completed production of responsive, non-exempt information. Defendants will confer with Plaintiff to determine whether Plaintiff is satisfied with the productions or intends to challenge their sufficiency. Defendants will provide a status update to the Court by December 19, 2018.

Dated: November 19, 2018

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Laura Hunt*_____
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L St. NW
Washington, D.C. 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendants*