# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE SCHAERR<br><br>   Plaintiff,<br><br>   *v.*<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-575-ABJ |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
### REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Gene Schaerr respectfully moves for a twelve-day extension to file a reply brief to Defendants' Opposition to Plaintiffs' cross motion for summary judgment ("Reply"). The Reply is currently due on September 6, 2019, and the proposed revised due date is September 18, 2019. Both the nature of the motion and Plaintiff's other obligations require an extension. Defendants agree not to oppose this motion.

1.  Plaintiff also has had a number of other pressing matters that have consumed his time since Defendants filed the response brief. Most pressing is a reply brief due to the Court of Appeals for the District of Columbia on September 5, 2019.

2.  Plaintiff has also been retained by the Attorney General of Indiana to oversee expert witness preparation in a case currently pending in the Southern District of Indiana. That case has a tight discovery deadline—our client's twelve expert witness reports were submitted last week, with the last expert report being submitted today, Tuesday, September 3, 2019. All depositions (26 in all) must be completed by October 4, 2019.

Case 1:18-cv-00575-ABJ   Document 30   Filed 09/03/19   Page 2 of 4


3. Plaintiff's lead associate, James Heilpern, has also been occupied. This past week, he provided continuing judicial education courses to the Idaho Supreme Court, the Idaho Court of Appeals, and the Iowa Supreme Court.

4. Denying this *unopposed* motion would burden Plaintiff, Mr. Heilpern, and their families—especially in light of this being a shorter work week due to Labor Day. Moreover, the additional eight business days will meaningfully aid the Court in accurately resolving the motions for summary judgment.

For all these reasons, the motion for an extension of time should be granted.

Dated: September 3, 2019                                      Respectfully submitted,

/s/ Gene Schaerr
GENE C. SCHAERR (D.C. Bar No. 416638)
    *Counsel of Record*
JAMES A. HEILPERN
SCHAERR|JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
202-787-1060
gschaerr@schaerr-jaffe.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE SCHAERR<br><br>Plaintiff,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 1:18-cv-575-ABJ |

## [PROPOSED] ORDER GRANTING AN EXTENSION OF TIME TO FILE CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiff's Motion for an Extension of the Briefing Schedule, hereby ORDERS the following revised briefing schedule:

| Filing | Date |
|---|---|
| Plaintiff's Reply in Support of Plaintiff's Cross Motion for Summary Judgment | September 18, 2019 |
| Oral Argument | The Court will schedule any hearing on a date that is convenient for the parties and the Court if and when it determines a hearing is necessary. |

3

**CERTIFICATE OF SERVICE**

On September 3, 2019, I caused the foregoing motion to be filed via CM/ECF, which will notify all parties.

    /s/  Gene C. Schaerr
GENE C. SCHAERR (D.C. Bar No. 416638)
   *Counsel of Record*
JAMES A. HEILPERN
SCHAERR|JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
202-787-1060
gschaerr@schaerr-jaffe.com
   *Attorneys for Plaintiff*